EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2023 TSPR 142 |
| Junta de Personal de la Rama Judicial | 213 DPR ___ |

Número del Caso:  EN-2023-0004


Fecha:  11 de diciembre de 2023


Materia:  Designación de los miembros y del Presidente de la Junta de Personal de la Rama Judicial.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Junta de Personal de la Rama Judicial

EN-2023-04

Designación de los miembros y del Presidente de la Junta de Personal de la Rama Judicial

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de diciembre de 2023.

En virtud del Art. 4 de la Ley Núm. 64 de 31 de mayo de 1973, mejor conocida como la *Ley de Personal para la Rama Judicial*, 4 LPRA sec. 524, y el Art. 3 del *Reglamento de la Junta de Personal de la Rama Judicial*, 4 LPRA Ap. XIV, sec. III, se nombran como miembros de la Junta de Personal de la Rama Judicial a:

    i.    Lcdo. Hernán Chico Fuertes, quien ejercerá el cargo por un término inicial de dos (2) años.

    ii.    Lcda. Omayra Toledo De La Cruz, quien ejercerá el cargo por un término inicial de tres (3) años.

    iii.    Lcdo. Hiram Morales Lugo, a quien se le designa como su Presidente y ejercerá el cargo por un término inicial de cuatro (4) años.

Estos nombramientos entrarán en vigor inmediatamente. De conformidad con la *Ley de Personal para la Rama Judicial*, *supra*, estos profesionales del Derecho ejercerán sus cargos hasta que las personas que le sucederán sean nombradas y tomen posesión.

Asimismo, este Tribunal agradece y reconoce la labor y el compromiso demostrado por la Lcda. Alba N. Caballero Fuentes y el Lcdo. Manuel J. Fernós.  Hoy cesan sus funciones tras décadas de servicio público desinteresado para esta rama de gobierno.

Publíquese.

Notifíquese a la Secretaria de la Junta de Personal de la Rama Judicial, al Director Administrativo de los Tribunales y a la Oficina de Asuntos Legales.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo